UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:19-cr-67 DRL-SLC |
| JUSTIN DAVIS, | |
| Defendant. | |

OPINION AND ORDER

On February 23, 2023, Justin Davis pleaded guilty with a plea agreement before the magistrate judge to counts one, two, and three of a three-count superseding indictment, charging him with possessing with the intent to distribute cocaine, *see* 21 U.S.C. § 841(a)(1), possessing a firearm in furtherance of a drug trafficking crime, *see* 18 U.S.C. § 924(c), and unlawfully possessing a firearm as a felon, *see* 18 U.S.C. § 922(g)(1). The magistrate judge recommended the court accept Mr. Davis' guilty plea. Neither party objected to the magistrate judge's recommendation, and the time to object has passed. The court now adopts the findings and recommendation in their entirety, including the magistrate judge's finding under the CARES Act. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to counts one, two, and three as charged in the superseding indictment is hereby accepted, and the defendant is adjudged guilty of these offenses.

Per the magistrate judge's order, sentencing is scheduled for **June 2, 2023, at 11:30 a.m. in Fort Wayne**. Sentencing memoranda must be filed by **May 19, 2023**.

SO ORDERED.

March 24, 2023

*s/ Damon R. Leichty*
Judge, United States District Court